# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA　　　　　　　Magistrate No. 23-1122

v.

HELEN CALDWELL

The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this ___26th___ day of ___October___, 2023 ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.

/s/ Cathy L. Waldor
HONORABLE CATHY L. WALDOR
UNITED STATES MAGISTRATE JUDGE