UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy L. Waldor |
| v. | : | Magistrate No. 23-1122 |
| HELEN CALDWELL | : | ORDER FOR DISMISSAL |

      Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Philip R. Sellinger, the United States Attorney for the District of New Jersey, hereby dismisses Violation No. 09977702 against defendant Helen Caldwell, which was filed on July 24, 2023, charging him with simple assault, for the reason that prosecution of defendant Helen Caldwell is being deferred under the terms of a pretrial diversion agreement.

      This dismissal is without prejudice and is pending the successful completion by defendant Helen Caldwell of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

*Philip R. Sellinger*

Philip R. Sellinger
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

*Cathy L. Waldor*

HON. CATHY L. WALDOR
United States Magistrate Judge

Dated: 2/29/24